BEFORE THE SECOND DIVISION, JANUARY 29, 1968

**No. P68/25.**—Ross Products, Inc. *v.* United States, protest 65/13962 (Boston).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of batteries, classified as entireties with flashlights, similar in all material respects to those the subject of *Torch Mfg. Co., Inc.* v. *United States* (57 Cust. Ct. 521, C.D. 2863), wherein said batteries were held to be separately dutiable, the claim of the plaintiff was sustained.

**No. P68/26.**—J. E. Bernard & Co., Inc. *v.* United States, protests 63/21099–13910, etc. (Chicago).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of pistol grips for motion picture cameras similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (57 Cust. Ct. 143, C.D. 2744), the claim of the plaintiff was sustained.

**No. P68/27.**—Nissho American Corp. *v.* United States, protests 66/25868, etc. (New York).

**No. P68/28.**—The Nissho American Corp. *v.* United States, protests 66/35678 and 66/44342 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of pistol grips solely or chiefly used with specific model motion picture cameras and following the principles in *J. E. Bernard & Co., Inc.* v. *United States* (57 Cust. Ct. 143, C.D. 2744), the claim of the plaintiff was sustained.